**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1694**

ROBERT DONNELL DONALDSON,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

and

DEPARTMENT OF HOMELAND SECURITY,

Intervenor.

On Petition for Review of an Order of the Merit Systems Protection Board. (DC-1221-12-0356-B-1)

Submitted:  November 30, 2015      Decided:  December 14, 2015

Before MOTZ, SHEDD, and KEENAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Robert Donnell Donaldson, Petitioner Pro Se.  Katherine Michelle Smith, U.S. MERIT SYSTEMS PROTECTION BOARD, Washington, D.C., for Respondent.  Joshua Ethan Kurland, U.S. DEPARTMENT OF JUSTICE, Washington, D.C., for Intervenor.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Donnell Donaldson seeks review of the Merit Systems Protection Board's order dismissing his whistleblower retaliation appeal. See 5 U.S.C.A. § 7703(b)(1)(B) (West Supp. 2015). Our review of the record discloses that the Board did not err in concluding that it lacked jurisdiction over Donaldson's appeal. Accordingly, we deny the petition for review for the reasons stated by the Board. Donaldson v. Dep't of Homeland Sec., No. DC-1221-12-0356-B-1 (M.S.P.B. Sept. 16, 2014). We further deny Donaldson's motions for summary disposition, to strike the Board's entire brief, and to verify the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED